The court acknowledges the Notice of Voluntary Dismissal Without Prejudice, Dkt. [7]. The Clerk is DIRECTED to close this case on the docket. All pending deadlines are VACATED.
JPH, 11/10/2026.
Distribution via ECF.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

XINGWANG NIU,

Petitioner,

v.

BRISON SWEARINGEN, in his official capacity as Sheriff of the Clay County Justice Center;
SAMUEL OLSON, in his official capacity as Field Office Director, Chicago Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement;
TODD M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement;
MARKWAYNE MULLIN, in his official capacity as Secretary, U.S. Department of Homeland Security; and
TODD BLANCHE, in his official capacity as Acting Attorney General of the United States,

Respondents.

Case No. 2:26-cv-00696-JPH-MKK

**PETITIONER'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Petitioner Xingwang Niu, by counsel, gives notice under Federal Rule of Civil Procedure 41(a)(1)(A)(i) that he voluntarily dismisses this action, including his Verified Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, without prejudice. *See* Fed. R. Civ. P. 81(a)(4).

Respondents have not served an answer, return, or motion for summary judgment. *See* Dkt. 4 (Order to Show Cause); Dkt. 5 (directing Respondents to respond within seven days of service); Dkt. 6 (Petitioner's response attaching waiver of formal service, filed November 8, 2026). Dismissal is therefore effective upon the filing of this notice without a court order. Fed. R. Civ. P. 41(a)(1)(A)(i).